IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2416-AP**

**AARON MOORE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## **ORDER**
---

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #14), filed April 17, 2009, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The ALJ is directed to conduct a *de novo* hearing upon remand.

Dated: April 20, 2009.

                                BY THE COURT:

                                *s/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT