## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:     **08-cv-2416-JLK**

**AARON C. MOORE,**

                      Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                      Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA (doc. #17) filed on May 20, 2009.  The Motion is **GRANTED**.  It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$3,864.00**, to the  Plaintiff, in care of the Plaintiff's attorney.

DATED at Denver, Colorado, this 21st  day of May, 2009.

                      BY THE COURT:

                      *S/John L. Kane*
                      THE HONORABLE JOHN L. KANE
                      United States District Court Judge