IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.:  **08-cv-2416-JLK**

**AARON C. MOORE,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

    Defendant.

## ORDER

Kane, J.

Plaintiff's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) (doc. #19), filed December 9, 2011, is **GRANTED**. In consideration thereof, it is

**ORDERED** that Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, an additional amount of $3,023.75 under 42 U.S.C. § 406(b) for representation in this court.

Dated at Denver, Colorado, this 14th day of December, 2011.

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT